**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CASE NO. 4:13CR3026** |
| Plaintiff, | |
| vs. | **ORDER** |
| **THOMAS IRWIN KAWAMURA,** | |
| Defendant. | |

This matter is before the Court on the government's Motion to Dismiss Petition (Filing No. 19). Under Federal Rule of Criminal Procedure 48(a), leave of court is granted for the dismissal of the Petition for Warrant or Summons for Offender Under Supervision (Filing No. 5) without prejudice against the above-named Defendant.

IT IS ORDERED that the government's Motion to Dismiss Petition (Filing No. 19) is granted and the Petition for Warrant or Summons for Offender Under Supervision (Filing No. 5) is dismissed without prejudice.

DATED this 24th day of March, 2015.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge